# United States Court of Appeals for the Fifth Circuit

---

No. 22-51072
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
May 4, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Esteban Quinonez-Quinonez,

*Defendant—Appellant*,

consolidated with

---

No. 22-51079

---

United States of America,

*Plaintiff—Appellee*,

*versus*

Esteban Valentin Quinonez-Quinonez,

*Defendant—Appellant*.

No. 22-51072
c/w No. 22-51079

_____

Appeals from the United States District Court
for the Western District of Texas
USDC Nos. 4:22-CR-633-1, 7:21-CR-323-1

_____

Before JONES, HAYNES, and OLDHAM, *Circuit Judges*.

PER CURIAM:[*]

Esteban Valentin Quinonez-Quinonez appeals his conviction and sentence for illegal reentry into the United States under 8 U.S.C. § 1326(a) and (b)(1). He also appeals the district court's order revoking the term of supervised release he was serving at the time of the offense. Because his appellate brief does not address the revocation or revocation sentence, he has abandoned any challenge to that order. *See Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993).

For the first time on appeal, Quinonez-Quinonez argues that his sentence exceeds the statutory maximum and is therefore unconstitutional because the district court enhanced his sentence under § 1326(b) based on the fact of a prior conviction that was not alleged in the indictment or found by a jury beyond a reasonable doubt. He raises the issue to preserve it for further review and has filed an unopposed motion for summary disposition, correctly conceding that the issue is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998). *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019).

Because his argument is foreclosed, summary disposition is appropriate. *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969). Accordingly, Quinonez-Quinonez's motion for summary

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 22-51072
c/w No. 22-51079

disposition is GRANTED, and the district court's judgments are AFFIRMED.